**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                    JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | April 11, 2008 | Probation: | Tom Destito |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **04-cr-00151-WYD**            Counsel:

UNITED STATES OF AMERICA,                        Wayne Campbell

       Plaintiff,

v.

**1. CHE RAMIREZ-CISNEROS**,                    Marci Gilligan

       Defendant.
_____

                         **COURTROOM MINUTES**
_____

**HEARING ON DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

**10:28 a.m.**    Court in Session - Defendant present (on-bond)

                  **Change of Plea Hearing - Tuesday, May 24, 2005, at 4:00 p.m.**
                  **Plea of Guilty - count one of Indictment**

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

                  Defendant's Pro Se Motion and a Motion for Request for Reduction of Sentence
                  (#61 - 3/3/08) is raised for argument.

10:29 a.m.        Argument on behalf of Defendant (Ms. Gilligan).

10:33 a.m.        Argument on behalf of Government (Mr. Campbell).

10:34 a.m.     Statement by Defendant on his own behalf (Mr. Ramirez-Cisneros).

Court makes findings.

**ORDERED:**     Defendant's Pro Se Motion and a Motion for Request for Reduction of Sentence (#61 - 3/3/08) is **DEFERRED.**

**ORDERED:**     This matter is **CONTINUED** until **Friday, May 16, 2008, at 3:30 p.m.**

**10:44 a.m.**     Court in Recess - HEARING CONTINUED

**TOTAL TIME:   0:16**