**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | May 16, 2008 | Probation: | Tom Destito |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **04-cr-00151-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Wayne Campbell

          Plaintiff,

v.

**1. CHE RAMIREZ-CISNEROS**,                    Marci Gilligan

          Defendant.

_____

**COURTROOM MINUTES**
_____


**HEARING ON DEFENDANT'S MOTION FOR SENTENCE REDUCTION (continued from April 11, 2008)**

**3:34 p.m.**      Court in Session - Defendant present

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Defendant's Pro Se Motion and a Motion for Request for Reduction of Sentence (#61 - 3/3/08) is raised for argument.

3:36 p.m.      Argument on behalf of Government (Mr. Campbell).

3:36 p.m.      Argument on behalf of Defendant (Ms. Gilligan).

3:36 p.m.      Statement by Defendant on his own behalf (Mr. Ramirez-Cisneros).

Court makes findings.

**ORDERED:**     Defendant's Pro Se Motion and a Motion for Request for Reduction of Sentence (#61 - 3/3/08) is **GRANTED.**

**ORDERED:**     Defendant shall be released from prison immediately.

**3:49 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:15**